IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL W. GRIMES,

     Plaintiff,                  No. 2:10-cv-2346 WBS JFM (PC)

    vs.

FOLSOM STATE PRISONS
PSYCHIATRIC SERVICES
UNITS MEDICAL STAFF, DR.
M. BOBBALLA, et al.,

     Defendants.            ORDER
_____/

          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. §1983. Plaintiff has filed a motion for the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

/////

1

1  On December 20, 2010, plaintiff filed a motion for an extension of time to submit
2 six copies of the complaint required to effect service.  Good cause appearing, plaintiff's request
3 will be granted.
4  In accordance with the above, IT IS HEREBY ORDERED that:
5  1.  Plaintiff's August 31, 2010 motion for the appointment of counsel is denied;
6  2.  Plaintiff's December 20, 2010 motion for an extension of time is granted; and
7  3.  Plaintiff is granted thirty days from the date of this order in which to submit six
8 copies of the complaint to effect service.
9 DATED: January 13, 2011.

UNITED STATES MAGISTRATE JUDGE

/12:mp
grim2346.36

2