IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL W. GRIMES,

    Plaintiff,                      No. 2:10-cv-2346 WBS JFM (PC)

    vs.

FOLSOM STATE PRISONS
PSYCHIATRIC SERVICES
UNITS MEDICAL STAFF, DR.
M. BOBBALLA, et al.,

    Defendants.                  <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On January 14, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 14, 2011, are adopted in full;

2. Plaintiff's request for preliminary injunctive relief contained in his complaint is denied with respect to his complaints concerning his shoulder and right hip;  with respect to his request for preliminary injunctive relief with respect to adequate treatment for his left hip, plaintiff's request for is denied without prejudice to its renewal, as appropriate, at a later stage of these proceedings; and

3. The Clerk of the Court is directed to serve a copy of this order on Supervising Deputy Attorney General Monica N. Anderson.

DATED:  February 10, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/grim2346.801