IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL W. GRIMES,

        Plaintiff,                    No. 2:10-cv-2346 WBS JFM (PC)

    vs.

FOLSOM STATE PRISONS
PSYCHIATRIC SERVICES UNIT
MEDICAL STAFF, DR.
M. BOBBALLA, et al.,

        Defendants.              <u>ORDER</u>

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's March 25, 2013 motion for the appointment of counsel (ECF No. 53) is denied.

DATED: April 23, 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mp
grim2346.31(2)