IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL W. GRIMES,

        Plaintiff,                 No. 2:10-cv-2346 JFM (PC)

    vs.

FOLSOM STATE PRISONS
PSYCHIATRIC SERVICES
UNITS MEDICAL STAFF, DR.
M. BOBBALLA, et al.,

        Defendants.          <u>ORDER</u>

                            /

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On April 25, 2013, defendants filed a motion to dismiss pursuant to the unenumerated provisions of Federal Rule of Civil Procedure 12(b) and a motion to revoke plaintiff's in forma pauperis status. Plaintiff has not opposed either motion.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On January 23, 2013 plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

/////

1

1       Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the order filed January 23, 2013, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

      Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to the motions to dismiss and to revoke his in forma pauperis status. Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: May 31, 2013

*[signature]*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

12
grim2346.46osc